In the Matter of PULP SALES CORPORATION, Respondent.
ORANGE PULP & PAPER MILLS, INC., Appellant.

Argued February 25, 1942; decided April 16, 1942.

*Jacob Krisel* and *George Lessall* for appellant.

*Lionel S. Popkin, Mortimer H. Hess* and *Abraham S. Guterman* for respondent.

Appeal dismissed, with costs, on the ground the constitutional question is not substantial.   No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.